MARK G. HENNESS, ESQ.
Nevada Bar No. 5482
STEPHEN J. MENDENHALL, ESQ.
Nevada Bar No. 15286
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 862-8200
stephenm@hennessandhaight.com
*Attorneys for Plaintiff*

# UNTIED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA HERPOLSHEIMER, as Special Administratrix to the Estate of BERT WEAVER,<br><br>Plaintiff,<br><br>vs.<br><br>MARQUIS COMPANIES I, INC., a Foreign Corporation, dba MARQUIS PLAZA REGENCY and/or MARQUIS PLAZA REGENCY POST ACUTE REHAB and/or MARQUIS CARE AT PLAZA REGENCY;  DIRECT SUPPLY, INC., a Foreign Corporation; INVACARE CORPORATION, a Foreign Corporation;  ROE RETAILER; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00659-RFB-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(Second Request)** |

Plaintiff, BARBARA HERPOLSHEIMER, as Special Administratrix to the Estate of BERT WEAVER (hereinafter "Plaintiff"), Defendant, MARQUIS COMPANIES I, INC., Defendant, INVACARE CORPORATION, and Defendant, DIRECT SUPPLY, INC., by and through their respective counsel of record, do hereby stipulate to extend the expert disclosure deadlines in the current scheduling order and discovery plan in this matter for a period of ten (10) days for the reasons explained herein.

1

Pursuant to Local Rule IA 6-1(a), the parties hereby state that this is the third such discovery extension requested in this matter.

**DISCOVERY COMPLETED TO DATE PURSUANT TO LR 26-3(a)**

• The parties conducted the FRCP 26(f) conference on June 25, 2021;

• The parties have served their FRCP 26(a) initial disclosures and continue to supplement the same;

• The parties have propounded and responded to written discovery;

• The parties conducted an inspection of the subject Hoyer lift on November 11, 2021;

• The deposition of Mark Rosen, M.D. was conducted on December 7, 2021;

• The deposition of Christopher Choi, M.D. was conducted on January 5, 2022;

• The hearing on Defendant, Marquis Companies I, Inc.'s Motion to Dismiss was held on January 11, 2022;

• The deposition of David Connolly was conducted on March 7, 2022;

• The deposition of Claudia Cortes was conducted on March 16, 2022;

• The deposition of Brenda Guiterrez was conducted on March 16, 2022;

• The deposition of August Ackom was conducted on March 31, 2022;

• The parties are presently working on a confidentiality/protective order with regard to confidential documents that have been produced or may be produced.

**DISCOVERY TO BE COMPLETED PURSUANT TO LR 26-3(b)**

Discovery to be completed includes:

• Deposition of Defendant's FRCP 30(b)(6) witness(es);

• Deposition of additional Defendant Employees (as necessary);

• Additional depositions as needed;

• Additional written discovery (as necessary);

• Disclosure of expert witnesses as well as the depositions of disclosed expert witnesses; and

• Other discovery as needed.

## REASONS FOR EXTENSION PURSUANT TO LR 26-3(c)

The parties represent that good cause exists for the request pursuant to LR IA 6-1 and LR 26-4. The parties are not seeking an extension of the discovery deadline, but only the expert witness disclosure deadlines by ten (10) days to accommodate Plaintiff's expert's schedule. The parties have acted in good faith to request this extension and have no intent, nor reason, to delay the resolution of this matter.

## NEW DISCOVERY DEADLINES PURSUANT TO LR 26-3(d)

|  | **Current Deadline** | **New Deadline** |
| --- | --- | --- |
| **Deadline for Plaintiff's Primary Product Liability Expert** | May 23, 2022 | June 3, 2022 |
| **Deadline for Plaintiff's remaining initial expert disclosures** | June 21, 2022 | July 3, 2022 |
| **Deadline for Defendants' initial expert disclosures** | June 21, 2022 | July 3, 2022 |
| **Deadline for rebuttal expert disclosures** | July 21, 2022 | August 1, 2022 |
| **Discovery cut-off** | August 19, 2022 | *To remain the same* |
| **Deadline to file dispositive motions** | September 20, 2022 | *To remain the same* |
| **Proposed Joint Pre-Trial Order** | October 20, 2022 | *To remain the same* |

///

///

If this extension is granted, all anticipated additional discovery should be concluded within the stipulated extended deadline. The parties represent that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

Dated this 23rd day of May, 2022.                Dated this 23rd day May, 2022.

HENNESS & HAIGHT                                  BOWMAN AND BROOKE LLP

/s/ STEPHEN J. MENDENHALL, ESQ.                   /s/ CHARLES M. SEBY, ESQ.
MARK G. HENNESS, ESQ.                             CHARLES M. SEBY, ESQ.
Nevada Bar No. 5842                               Nevada Bar No. 15459
STEPHEN J. MENDENHALL, ESQ.                       Suite 1600, Phoenix Plaza
Nevada Bar No. 15286                              2901 North Central Avenue
8972 Spanish Ridge Avenue                         Phoenix, Arizona 85012-2736
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*                         MARIO D. VALENCIA, ESQ.
                                                  Nevada Bar No. 6154
                                                  Attorney at Law, LLC
                                                  40 S. Stephanie St., Ste. 201
                                                  Henderson, Nevada 89012
                                                  *Attorneys for Defendants*
                                                  INVACARE CORPORATION and DIRECT SUPPLY, INC.

Dated this 23rd day of May, 2022.

MESSNER REEVES LLP


 /s/ BRITTANY LEWIS, ESQ.
DAVID J. MORTENSEN, ESQ.
MARJORIE E. KRATSAS, ESQ.
BRITTANY LEWIS, ESQ.
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant*
MARQUIS COMPANIES I, INC

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE

DATED: May 24, 2022

4