1  MARK G. HENNESS, ESQ.
   Nevada Bar No. 5482
2  STEPHEN J. MENDENHALL, ESQ.
   Nevada Bar No. 15286
3  HENNESS & HAIGHT
   8972 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148
   (702) 862-8200
5  stephenm@hennessandhaight.com
6  *Attorneys for Plaintiff*

7

                **UNITED STATES DISTRICT COURT**
8
                     **DISTRICT OF NEVADA**
9

10  BARBARA HERPOLSHEIMER, as Special
    Administratrix to the Estate of BERT WEAVER,            Case No.:  2:21-cv-00659-RFB-EJY
11

12              Plaintiff,

13  vs.                                            **STIPULATION AND ~~[PROPOSED]~~
                                                   ORDER TO EXTEND DISCOVERY
14  MARQUIS COMPANIES I, INC., a Foreign           DEADLINE FOR LIMITED PURPOSE
    Corporation, dba MARQUIS PLAZA REGENCY         OF CONDUCTING THE DEPOSITION
15  and/or MARQUIS PLAZA REGENCY POST              OF DEFENDANT MARQUIS
    ACUTE REHAB and/or MARQUIS CARE AT             COMPANIES I, INC.'S FRCP 30(b)(6)
16  PLAZA REGENCY;  DIRECT SUPPLY, INC., a         WITNESS(ES) AND TO
    Foreign Corporation; INVACARE                  CORRESPONDINGLY EXTEND
17  CORPORATION, a Foreign Corporation;  ROE       REMAINING CASE DEADLINES**
    RETAILER; DOES I through X; and ROE
18  CORPORATIONS I through X, inclusive,
19
                Defendants.
20
    MARQUIS COMPANIES I, INC., a Foreign
21  Corporation, dba MARQUIS PLAZA REGENCY,

22              Cross-Claimant,

23  vs.

24  INVACARE CORPORATION, a Foreign
    Corporation,
25

26              Cross-Defendant.

27  / / /

28
                            1

Plaintiff, BARBARA HERPOLSHEIMER, as Special Administratrix to the Estate of BERT WEAVER (hereinafter "Plaintiff"), Defendant, MARQUIS COMPANIES I, INC. (hereinafter "Marquis"), Defendant, INVACARE CORPORATION (hereinafter "Invacare"), and Defendant, DIRECT SUPPLY, INC. (hereinafter "Direct Supply"), by and through their respective counsel of record, do hereby stipulate to 1) extend the September 30, 2022 discovery cutoff date (*see* ECF No. 39) for the limited purpose of conducting the deposition of the Fed. R. Civ. P. 30(b)(6) witness(es) for Marquis, and 2) correspondingly extend the remaining deadlines for filing dispositive motions and submitting the proposed joint pre-trial order. This stipulation does not affect the parties' current deadline of September 30 to complete all other discovery aside from the Rule 30(b)(6) deposition of Marquis. The present stipulation is submitted for the following reasons:

1. On July 7, 2022, counsel for Plaintiff reached out to counsel for Marquis to obtain dates on which to depose the Fed. R. Civ. P. 30(b)(6) witness(es) for Marquis, at which time a list of proposed deposition topics was also provided to counsel for Marquis.

2. On July 11, 2022, counsel for Marquis reached out to schedule a meet and confer to discuss Marquis' tentative objections to Plaintiff's proposed topics.

3. On July 22, 2022, all parties participated in a meet and confer during which some topics were agreed to; however, there was still some dispute as to others.

4. As the parties were unable to come to a consensus relative to the deposition topics, on August 24, 2022, counsel for Plaintiff served a Notice of Deposition of Marquis' Fed. R. Civ. P. 30(b)(6) witness(es) and included a revised list of topics based upon the parties' previous discussions.  The deposition was scheduled for September 9, 2022, at 10:00 a.m.

5. On August 31, 2022, Marquis filed a Motion for Protective Order with regard to the deposition.  Plaintiff's response to the motion is due on September 14, 2022.

6. Given that a ruling on Marquis' motion will not be rendered prior to the September 9th date of deposition and, likely, not before the discovery cutoff date of September 30, 2022, the parties have agreed to extend the discovery cutoff date, as described above, for the limited purpose of conducting the deposition of Marquis' Fed. R. Civ. P. 30(b)(6) witness(es).

7. The parties request thirty (30) days from the date on which the Court rules on Marquis' Motion for Protective Order to conduct the deposition.

8. To ensure that the deposition of Marquis is completed **before** the deadline for the parties to file dispositive motions, the parties correspondingly request that the deadline to file dispositive motions be set as sixty (60) days from the date on which the Court rules on Marquis' Motion for Protective Order.

9. To ensure that the deposition of Marquis is completed **before** the deadline for the parties to submit the proposed joint pre-trial order, the parties correspondingly request that the deadline to submit the proposed joint pre-trial order be set as ninety (90) days from the date on which the Court rules on Marquis' Motion for Protective Order.

///

///

///

///

///

///

If this extension is granted, all anticipated additional discovery should be concluded within deadlines as set forth above. The parties represent that this request for extension of discovery cutoff date is made by the parties in good faith and not for the purpose of delay.

Dated this 9th day of September, 2022.        Dated this 9th day of September, 2022.

HENNESS & HAIGHT                              BOWMAN AND BROOKE LLP

/s/ STEPHEN J. MENDENHALL, ESQ.                /s/ CHARLES M. SEBY, ESQ.
MARK G. HENNESS, ESQ.                          CHARLES M. SEBY, ESQ.
Nevada Bar No. 5842                            Nevada Bar No. 15459
STEPHEN J. MENDENHALL, ESQ.                    Suite 1600, Phoenix Plaza
Nevada Bar No. 15286                           2901 North Central Avenue
8972 Spanish Ridge Avenue                      Phoenix, Arizona 85012-2736
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*                      MARIO D. VALENCIA, ESQ.
                                               Nevada Bar No. 6154
                                               Attorney at Law, LLC
                                               40 S. Stephanie St., Ste. 201
                                               Henderson, Nevada 89012
                                               *Attorneys for Defendants*
                                               *INVACARE CORPORATION and DIRECT*
                                               *SUPPLY, INC.*

Dated this 9th day of September, 2022.

MESSNER REEVES LLP


 /s/ BRITTANY LEWIS, ESQ.
DAVID J. MORTENSEN, ESQ.
MARJORIE E. KRATSAS, ESQ.
BRITTANY LEWIS, ESQ.
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant*
*MARQUIS COMPANIES I, INC*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED:  September 12, 2022

4