MARK G. HENNESS, ESQ.
Nevada Bar No. 5482
STEPHEN J. MENDENHALL, ESQ.
Nevada Bar No. 15286
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 862-8200
stephenm@hennessandhaight.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA HERPOLSHEIMER, as Special Administratrix to the Estate of BERT WEAVER,<br><br>Plaintiff,<br><br>vs.<br><br>MARQUIS COMPANIES I, INC., a Foreign Corporation, dba MARQUIS PLAZA REGENCY and/or MARQUIS PLAZA REGENCY POST ACUTE REHAB and/or MARQUIS CARE AT PLAZA REGENCY;  DIRECT SUPPLY, INC., a Foreign Corporation; INVACARE CORPORATION, a Foreign Corporation;  ROE RETAILER; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-00659-RFB-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| MARQUIS COMPANIES I, INC., a Foreign Corporation, dba MARQUIS PLAZA REGENCY,<br><br>Cross-Claimant,<br><br>vs.<br><br>INVACARE CORPORATION, a Foreign Corporation,<br><br>Cross-Defendant. | |

Plaintiff, BARBARA HERPOLSHEIMER, as Special Administratrix to the Estate of BERT WEAVER (hereinafter "Plaintiff"), Defendant, MARQUIS COMPANIES I, INC. (hereinafter "Marquis"), Defendant, INVACARE CORPORATION (hereinafter "Invacare"), and Defendant, DIRECT SUPPLY, INC. (hereinafter "Direct Supply"), by and through their respective counsel of record, hereby stipulate as follows:

1. That Plaintiff's claims as to Defendant, MARQUIS COMPANIES I, INC., a Foreign Corporation, dba MARQUIS PLAZA REGENCY and/or MARQUIS PLAZA REGENCY POST ACUTE REHAB and/or MARQUIS CARE AT PLAZA REGENCY, be dismissed *with prejudice*;

2. That Plaintiff's claims as to Defendants, DIRECT SUPPLY, INC. and INVACARE CORPORATION, be dismissed *with prejudice*;

3. That all parties herein bear their own attorneys' fees and costs; and

4. That this Stipulation and Order resolves the entirety of this case and any pending case deadlines may be vacated.

IT IS SO STIPULATED.

Dated this 25th day of March, 2024.                    Dated this 25th day of March, 2024.

HENNESS & HAIGHT                                 HUTCHISON & STEFFEN

 _/s/ Stephen J. Mendenhall, Esq. _____       _/s/ Brittany Lewis, Esq._____
MARK G. HENNESS, ESQ.                            DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 5842                               Nevada Bar No. 2547
STEPHEN J. MENDENHALL, ESQ.                       COURTNEY CHRISTOPHER, ESQ.
Nevda Bar No. 15286                               Nevada Bar No. 12717
8972 Spanish Ridge Avenue                         BRITTANY LEWIS, ESQ.
Las Vegas, Nevada 89148                           Nevada Bar No. 14565
*Attorneys for Plaintiff*                          10080 West Alta Dr., Ste. 200
                                                 Las Vegas, Nevada 89145
                                                 *Attorneys for Defendant*
                                                 *MARQUIS COMPANIES I, INC*

2

Dated this 25th day of March, 2024.

BOWMAN AND BROOKE LLP


 */s/ Lauren L. Walter, Esq.*
WILLIAM F. AUTHER, ESQ.
LAUREN L. WALTER, ESQ.
Nevada Bar No. 16464
Suite 1600, Phoenix Plaza
2901 North Central Avenue
Phoenix, Arizona 85012-2736

MARIO D. VALENCIA, ESQ.
Nevada Bar No. 6154
Attorney at Law, LLC
40 S. Stephanie St., Ste. 201
Henderson, Nevada 89012
*Attorneys for Defendants*
*INVACARE CORPORATION and DIRECT*
*SUPPLY, INC.*

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**



DATED: <u>March 28, 2024</u>